# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

In the matter of Arbitration between
PACIFIC GAS AND ELECTRIC COMPANY,
                    Petitioner,

V.

THOMAS KNOWLES and THOMAS HICKS,
                    Respondents.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08  1211

TEH

TO: (Name and address of defendant)

Thomas Hicks
c/o Daniel B. Beck, Esq.
Mahsa Gholami, Esq.
Beck Law, P.C.
2681 Cleveland Avenue
Santa Rosa, California 95403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan T. Kumagai, Esq.
Lafayette & Kumagai LLP
100 Spear Street, Suite 600
San Francisco, California 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 29 2008
DATE

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                                                  Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure