LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520
dprc@pge.com

Attorneys for Petitioner
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Arbitration between<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Petitioner,<br><br>And<br><br>THOMAS KNOWLES and THOMAS HICKS,<br><br>    Respondents. | Case No. CV-08-1211-TEH<br><br>**[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS**<br><br>Date: April 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Thelton Henderson |

1

[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS (Case No. CV-08-1211-TEH)

The Motion to Vacate Arbitrator's Interim Award and to Stay Arbitration Proceedings by Petitioner Pacific Gas and Electric Company ("Petitioner" or "PG&E") was heard by the Court on April 7, 2008. Susan T. Kumagai, Esq. of Lafayette & Kumagai, LLP appeared and argued on behalf of Petitioner. Daniel B. Beck, Esq. of Beck Law, P.C. appeared and argued on behalf of Respondents Thomas Knowles and Thomas Hicks (collectively "Respondents").

Having considered the moving and opposing papers, the arguments of counsel, and all pleadings and papers on file herein, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1) the interim award, AAA 741663907, entered by Arbitrator Norman Brand ("the Arbitrator") on December 3, 2007 in the arbitration proceeding initiated by Respondents against PG&E is vacated to the extent that the Arbitrator found that Respondents claims' for breach of an oral agreement and for breach of the implied covenant of good faith and fair dealing arising from the alleged oral agreement were arbitrable;

(2) the Arbitrator acted in manifest disregard of the law when he concluded that Respondents' claims for alleged breach of oral agreement and breach of the implied covenant of good faith and fair dealing in the oral agreement were arbitrable because the Severance Agreements entered into by Respondents and PG&E contain an unambiguous integration clause providing that they "set forth the entire agreement between the parties and fully supersede[ ] any and all prior agreements or understandings";

(3) the Arbitrator acted in manifest disregard of the law when he concluded that Respondents' claims for alleged breach of oral agreement and breach of the implied covenant of good faith and fair dealing in the oral agreement were arbitrable because PG&E and Respondents never entered into a written agreement to arbitrate oral contracts;

(4) the Arbitrator acted in manifest disregard of the law when he concluded that Respondents' claims for alleged breach of oral agreement and breach of the implied covenant of good faith and fair dealing in the oral agreement were arbitrable because PG&E and Respondents did not agree to arbitrate claims arising out of an alleged oral contract;

2

[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS (Case No. CV-08-1211-TEH)

(5) the Arbitrator acted in manifest disregard of the law when he concluded that Respondents' claims for alleged breach of oral agreement and breach of the implied covenant of good faith and fair dealing in the oral agreement were arbitrable because Respondents seek rights created pursuant to a collective bargaining agreement between PG&E and the International Brotherhood of Electrical Workers, Local 1245 ("the CBA") such that their determination requires reference to and interpretation of the CBA and thus the claims are preempted under Section 301 of the Labor Management Relations Act., 29 U.S.C. §§185; and

(6) the arbitration initiated by Respondents against PG&E, AAA 741663907, is stayed pending final determination of the civil action Respondents filed against PG&E.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Thelton Henderson
United States District Court Judge

N:\Documents\PGE\Know\Pldg\Motion to Vacate (Proposed Order).doc

---

[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS (Case No. CV-08-1211-TEH)

3

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

# PROOF OF SERVICE

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105.

On February 29, 2008, I served the document named below on the parties in this action as follows:

**[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS**

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

Daniel B. Beck, Esq.
Mahsa Gholami, Esq.
Beck Law, P.C.
2681 Cleveland Avenue
Santa Rosa, California 95403

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __February 29, 2008__, at San Francisco, California.

_Linda L. Rich_
Linda L. Rich

4

[PROPOSED] ORDER GRANTING PACIFIC GAS AND ELECTRIC COMPANY'S MOTION TO VACATE ARBITRATOR'S INTERIM AWARD AND TO STAY ARBITRATION PROCEEDINGS (Case No. CV-08-1211-TEH)