| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Susan T. Kumagai, 127667<br>LAFAYETTE, KUMAGAI, LLP<br>100 Spear St<br>San Francisco, CA 94105 | (415) 357-4600 | |
| ATTORNEY FOR (Name): Petitioner | Ref. No. or File No.<br>PGE.KNOW | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

PACIFIC GAS AND ELECTRIC COMPANY

DEFENDANT:

THOMAS KNOWLES and THOMAS HICKS

| PROOF OF HAND DELIVERY | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 1211 TEH |
|---|---|---|---|---|

At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of the following: Summons - Knowles, Summons - Hicks, Civil Case Cover Sheet, Petition to Vacate, Order, Consent to Proceed, ECF Registration Handout, Welcome to USDC SF, Judge Henderson's Standing Order

NAME OF ATTORNEY: Daniel B. Beck, Esq.

DELIVERED TO: Xochilt Mazphee - Person in Charge of Office

DATE & TIME OF DELIVERY: 2/29/2008          3:33 PM

ADDRESS, CITY, AND STATE: 2681 Cleveland Ave.
Santa Rosa, CA 95403

MANNER OF SERVICE:
Delivery to Law Office: Service was made by delivery to the attorney's office; or by leaving the document(s) with his/her clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP §1011(a)]

**BY FAX**

Fee for Service: $ 75.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

3/3/2008

Julie Anne Magdowski
Registered California Process Server: SONOMA County
Registration No. P-301
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

Signature: _____

02(a)(23)(New July 1, 1987)

FF# 6657855