1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10                                         No. C 08-01211 CW
   PACIFIC GAS & ELECTRIC COMPANY,
11                                         CASE MANAGEMENT
             Plaintiff,                    SCHEDULING ORDER FOR
12                                         REASSIGNED CIVIL
        v.                                 CASE
13
   THOMAS KNOWLES, et al.,
14
             Defendants.
15 _____/
16
        This action has been related and reassigned to the undersigned
17
   judge,
18
        On February 29, 2008, a Plaintiff filed a Motion to Vacate
19
   Arbitrator's Interim Award and to Stay Arbitration.  Defendants'
20
   opposition to the motion will be due March 27, 2008, and any reply by
21
   Plaintiff will be due April 3, 2008.  No hearing will be held unless
22
   so ordered by the Court.
23
        This case has been designated for the Court's Electronic Case
24
   Filing (ECF) Program.  Pursuant to General Order 45, each attorney of
25
   record is obligated to become an ECF user and be assigned a user ID
26
   and password for access to the system.  All documents required to be
27
   filed with the Clerk shall be filed electronically on the ECF website,
28

1  except as provided otherwise in section VII of General Order 45 or
2  authorized otherwise by the court.
3       IT IS SO ORDERED.
4
5  Dated:   March 12, 2008

                        _____
                        CLAUDIA WILKEN
                        UNITED STATES DISTRICT JUDGE

(Rev. 10/10/07)

## NOTICE

**Case Management Conferences and Pretrial Conferences** are conducted on **Tuesdays** at 2:00 p.m. **Criminal Law and Motion** calendar is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and 2:30 p.m. for defendants not in custody. **Civil Law and Motion** calendar is conducted on **Thursdays** at 2:00 p.m. Order of call is determined by the Court. Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment: All issues shall be contained within one motion of 25 pages or less, made on 35 days notice. (See Civil L.R. 7-2). Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court. (See Civil Local Rule 56-2(a)). The motion and opposition should include a statement of facts supported by citations to the declarations filed with respect to the motion. Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court. Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 21 days before the hearing. The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 14 days before the hearing. (See Civil Local Rule 7-3). The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion.

All discovery motions are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

Pursuant to General Order 45,§ VI.G, "In all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers **no later than noon on the business day following the day that the papers are filed electronically,** one paper copy of each document that is filed electronically."

(rev. 10/10/07)