IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the matter of Arbitration between     No. C 08-01211 CW

**JUDGMENT**

PACIFIC GAS & ELECTRIC COMPANY,

    Petitioner,

  and

THOMAS KNOWLES and THOMAS HICKS

    Respondents.
_____/

    For the reasons set forth in this Court's Order Denying PG&E's Petition to Vacate Arbitration Award,

    IT IS ORDERED AND ADJUDGED

    That the Petition to Vacate the Arbitrator's Interim Award and Request for Stay of Arbitration Proceedings is denied, and that each party bear its own costs of action.

    Dated at Oakland, California, this 5th day of May, 2008.

                                            RICHARD W. WIEKING
                                            Clerk of Court

                      By: _____*Sheilah Cahill*_____
                            SHEILAH CAHILL
                            Deputy Clerk

*United States District Court — For the Northern District of California*